Charles M. Poplstein
cpoplstein@thompsoncoburn.com
Rodney A. Harrison
rharrison@thompsoncoburn.com
THOMPSON COBURN LLP
One U.S. Bank Plaza - Suite 3500
St. Louis, MO 63101
Phone: (314) 552-6451
Fax: (314)552-7451
Attorneys for Defendants

Kevin E. Gaut (SBN 117352)
keg@msk.com
Samantha C. Grant (SBN 198130)
scg@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100
Attorneys for Defendants

John Gerhard Nece
necelaw@msn.com
NECE & ALLEN
705 Second Avenue, Suite 910
Seattle, WA 98104
Telephone: (206) 621-0619
Facsimile: (206) 621-7323
Attorneys for Miller Plaintiffs

FILED
CLERK, U S DISTRICT COURT
APR 27 2006
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE STARMED HEALTH PERSONNEL, INC. FAIR LABOR STANDARDS ACT LITIGATION. | CASE NO. MDL 04-1601-R<br>CV 04-04523 – R<br>CV 04-04797 – R<br>CV 05-00825 – R<br>CV 05-00270 – R<br>CV 05-00415 – R<br><br>ASSIGNED TO THE HON. MANUEL REAL<br><br>[~~PROPOSED~~] ORDER |

DOCKETED ON CM
APR 2 8 2006
BY _____

# ORDER

After consideration of all the papers submitted in Support of the Stipulation to Approve Settlement and of the record as a whole, for good cause shown, the Court orders as follows:

**IT IS HEREBY ORDERED** that the settlement of the claims in the case of Rikki Miller, et al v. StarMed Health Personnel, Inc., et al, Case No. 2:05-cv-00825-R-JWJ is hereby approved as a fair and reasonable settlement of all claims asserted, and the form of Settlement Agreement attached to the parties' Stipulation is hereby approved by the Court.

**IT IS FURTHER ORDER AND DECREED** that, upon complete execution of the Settlement Agreement by the parties and payment of settlement funds, the Miller Plaintiffs shall, within five (5) business days, file a dismissal with prejudice of the claims of all plaintiffs in the case of Rikki Miller, et al v. StarMed Health Personnel, Inc., et al, Case No. 2:05-cv-00825-R-JWJ, each party to bear its own costs and fees.

Dated: April 27, 2006

Hon. Manuel L. Real
United States District Court Judge

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Mitchell Silberberg & Knupp LLP, 11377 West Olympic Boulevard, Los Angeles, California 90064-1683.

On **April 27, 2006**, I served a copy of the foregoing document(s) described as **[PROPOSED] ORDER** on the interested parties in this action at their last known address as set forth below by taking the action described below:

| | |
|---|---|
| John Gerhard Nece, Esq.<br>NECE & ALLEN<br>705 2nd Avenue, Suite 910<br>Seattle, WA 98104<br>Fax: (206) 621-7323 | Charles M. Poplstein, Esq.<br>Rodney A. Harrison, Esq.<br>THOMPSON COBURN LLP<br>One US Bank Plaza<br>St. Louis, Missouri 63101<br>Facsimile (314) 552-7000 |

☒ **BY MAIL:** I placed the above-mentioned document(s) in sealed envelope(s) addressed as set forth above, and deposited each envelope in the mail at Los Angeles, California. Each envelope was mailed with postage thereon fully prepaid.

☐ **BY OVERNIGHT MAIL:** I placed the above-mentioned document(s) in sealed envelope(s) designated by the carrier, with delivery fees provided for, and addressed as set forth above, and deposited the above-described document(s) with **FEDEX** in the ordinary course of business, by depositing the document(s) in a facility regularly maintained by the carrier or delivering the document(s) to an authorized driver for the carrier.

☐ **BY PERSONAL DELIVERY:** I placed the above-mentioned document(s) in sealed envelope(s), and caused personal delivery by **FIRST LEGAL SUPPORT SERVICES** of the document(s) listed above to the person(s) at the address(es) set forth above.

☐ **BY ELECTRONIC MAIL:** I served the above-mentioned document electronically at __:__ __.m. on the parties listed at the email addresses above and, to the best of my knowledge, the transmission was complete and without error in that I did not receive an electronic notification to the contrary.

☐ **BY FAX:** Along with placing the above-described document(s) in sealed envelope(s) addressed as set forth above, I sent a copy of the above-described document(s) to each of the individuals set forth above at the facsimile numbers listed above. The transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on **April 27, 2006**, at Los Angeles, California.

_/s/ Phyllis Bryant_
Phyllis Bryant