Charles M. Poplstein, Esq.
Rodney A. Harrison, Esq.
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, Missouri 63101
Office: (314) 552-6000
Facsimile (314) 552-7000
rharrison@thompsoncoburn.com

Kevin E. Gaut, Esq.
Samantha C. Grant, Esq.
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Phone: (310) 312-2000
Fax: (310) 312-3100
scg@msk.com
Attorneys for Defendants

John Gerhard Nece
NECE ALLEN LLP
705 Second Avenue, Suite 910
Seattle, WA 98104
Office: (206) 621-0619
Fax: (206) 621-7323
necelaw@msn.com
Attorneys for Miller Plaintiffs

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE STARMED HEALTH PERSONNEL, INC. FAIR LABOR STANDARDS ACT LITIGATION. | CASE NO. MDL 04-1601-R<br>CV 04-04523 – R<br>CV 04-04797 – R<br>CV 05-00825 – R<br>CV 05-00270 – R<br>CV 05-00415 – R<br><br>ASSIGNED TO THE HON. MANUEL REAL<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE IN THE MILLER CASE |

✓ Docketed
___ Copies / NTC Sent
✓ JS - 5 / JS - 6
___ JS - 2 / JS - 3
___ CLSD

- 1 -

# STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW, Plaintiffs Ricki Miller, et. al. (hereinafter the "Miller Plaintiffs"), and Defendants StarMed Health Personnel, Inc., et al. (hereinafter "StarMed") and, pursuant to the Court's approval of the parties' settlement, hereby stipulate to the dismissal with prejudice of the following action: <u>Rikki Miller, et al v. StarMed Health Personnel, Inc., et al</u>, Case No. 2:05-cv-00825-R-JWJ, each party to bear its own costs and fees.

DATED: May 12, 2006

THOMPSON COBURN LLP
Attorneys At Law

DATED: April ___, 2006

By: _____
Charles M. Poplstein, Esq.
Rodney A. Harrison, Esq.
Attorneys for Defendants

NECE ALLEN
Attorneys At Law

DATED: April ___, 2006

By: _____
John Gerhard Nece, Esq.
Attorneys for Miller Plaintiffs

SO ORDERED:

Dated: June 5, 2006

_____
Hon. Manuel L. Real
United States District Court Judge

3327649

- 2 -

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Mitchell Silberberg & Knupp LLP, 11377 West Olympic Boulevard, Los Angeles, California 90064-1683.

On **May 30, 2006**, I served a copy of the foregoing document(s) described as **STIPULATION FOR DISMISSAL WITH PREJUDICE IN THE MILLER CASE** on the interested parties in this action at their last known address as set forth below by taking the action described below:

| | |
|---|---|
| John Gerhard Nece, Esq.<br>NECE & ALLEN<br>705 2nd Avenue, Suite 910<br>Seattle, WA 98104<br>Fax: (206) 621-7323 | Charles M. Poplstein, Esq.<br>Rodney A. Harrison, Esq.<br>THOMPSON COBURN LLP<br>One US Bank Plaza<br>St. Louis, Missouri 63101<br>Facsimile (314) 552-7000 |

☒ **BY MAIL:** I placed the above-mentioned document(s) in sealed envelope(s) addressed as set forth above, and deposited each envelope in the mail at Los Angeles, California. Each envelope was mailed with postage thereon fully prepaid.

☐ **BY OVERNIGHT MAIL:** I placed the above-mentioned document(s) in sealed envelope(s) designated by the carrier, with delivery fees provided for, and addressed as set forth above, and deposited the above-described document(s) with **FEDEX** in the ordinary course of business, by depositing the document(s) in a facility regularly maintained by the carrier or delivering the document(s) to an authorized driver for the carrier.

☐ **BY PERSONAL DELIVERY:** I placed the above-mentioned document(s) in sealed envelope(s), and caused personal delivery by **FIRST LEGAL SUPPORT SERVICES** of the document(s) listed above to the person(s) at the address(es) set forth above.

☐ **BY ELECTRONIC MAIL:** I served the above-mentioned document electronically at __:__ __.m. on the parties listed at the email addresses above and, to the best of my knowledge, the transmission was complete and without error in that I did not receive an electronic notification to the contrary.

☐ **BY FAX:** Along with placing the above-described document(s) in sealed envelope(s) addressed as set forth above, I sent a copy of the above-described document(s) to each of the individuals set forth above at the facsimile numbers listed above. The transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on **May 30, 2006**, at Los Angeles, California.

*/s/ Phyllis Bryant*
Phyllis Bryant